UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VINCE BUONOMO, on behalf of Himself and other similarly situated Plaintiff, | ) ) ) ) | 1:13-cv-5274 |
| v. | ) ) ) | Judge St. Eve Magistrate Judge Cox |
| OPTIMUM OUTCOMES, INC., Defendant. | ) ) ) | |

## JOINT STATUS REPORT

The parties advise the Court that they have jointly agreed that defendant will provide two 2,000 account samples; one from each of defendant's locations. For each of the two locations, defendant has agreed to begin with a list of all accounts that were called during the class period using Livevox. Defendant will then sort those accounts in the following order: First Name (first), Last Name (second) and Placement Date (third). The sample will consist of "pulling" every 1,000th account, until 2,000 accounts have been pulled.

Defendant will then produce all call data, as well as the Livevox data corresponding to these accounts, along with other data fields the parties are still discussing. The anticipated production will thus include approximately 4,000 accounts.

This production will occur by October 1, 2014.

Respectfully submitted,

/s/Alexander H. Burke

**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601

1

(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com


**SMITHMARCO, P.C.**
David M. Marco
Larry P. Smith
205 N. Michigan Ave., Suite 2940
Chicago, Illinois 60601
Telephone**:**   (312) 546-6539
Facsimile:    (888) 418-1277
E-mail:        dmarco@smithmarco.com
               lsmith@smithmarco.com



Respectfully submitted,
HINSHAW & CULBERTSON LLP


/s/ John P. Ryan
One of the Attorneys for Optimum Outcomes, Inc.

David M. Schultz
Alan I. Greene
Peter E. Pederson
John P. Ryan
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
agreene@hinshawlaw.com
jryan@hinshawlaw.com
dschultz@hinshawlaw.com
ppederson@hinshawlaw.com